1  JAN L. HANDZLIK (SBN 047959)
   HOWREY LLP
2  550 South Hope Street, Suite 1100
   Los Angeles, California 90071
3  Telephone: (213) 892-1800
   Facsimile: (213) 892-2300
4  Email: handzlikj@howrey.com

5  Attorneys for Defendant
   ASIM KHAWAJA

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. ED CR 08-19-VAP |
|---|---|
| Plaintiff, | **ORDER MODIFYING CONDITIONS OF RELEASE RE: PASSPORT RENEWAL** |
| vs. | |
| ASIM KHAWAJA, | **The Honorable Virginia A. Phillips** |
| Defendant. | Trial Date: February 17, 2009 |

[PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE RE: PASSPORT RENEWAL

Based on the reasons set forth in the parties' Stipulation for Modification of Conditions of Release Regarding Passport Renewal of Defendant Asim Khawaja, filed concurrently herewith, IT IS HEREBY ORDERED:

1. Defendant's Conditions of Release are modified to allow Defendant to take possession of his passport from U.S. Customs and Border Protection for the express purpose of renewal.

2. Defendant shall seek expedited renewal of his passport at the Pakistani Consulate in New York City, New York.

3. Upon renewal and return of the new passport to Defendant, Defendant shall forthwith return the new passport to U.S. Customs either by certified mail or personal delivery. If the Pakistani Consulate returns both the old and new passport to Defendant, Defendant will forthwith return both passports to U.S. Customs via certified mail or personal delivery.

**IT IS SO ORDERED.**

DATED:   October 21, 2008

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge